USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VALERIE DICKS, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

CATHOLIC SUPPLY OF ST. LOUIS, INC.,

                Defendant.

1:22-cv-7610-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

      The Court received the two attached letters from Robert J. Basil via e-mail on October 24, 2022. Mr. Basil has been retained as local counsel for the Defendant but has not yet filed a notice of appearance. The Court will not consider any submissions from Mr. Basil until a notice of appearance is filed. Filing such a notice will not serve to forfeit any personal jurisdiction defense. All future submissions must be filed on the docket.

**SO ORDERED.**

Date: **October 25, 2022**
      **New York, NY**

                                    _____
                                    **MARY KAY VYSKOCIL**
                                    **United States District Judge**

# THE BASIL LAW GROUP

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
125 WEST 31ST STREET #19-B
NEW YORK NY 10001
917-994-9973
FAX 831-536-1075
ROBERTJBASIL@RJBASIL.COM

October 24, 2022

VIA Email Only
VyskocilNYSDChambers@nysd.uscourts.gov
The Honorable Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re: Valarie *Dicks* v. Catholic Supply of St. Louis, Inc.**
         **Case No.: 1:22-cv-7610(MKV)**

Dear Judge Vyskocil:

    This firm has been retained as local counsel for the Defendant in the captioned action. Please accept this letter as Defendant's request for a 21-day extension of the date when a response to the complaint is due.

    The original due date is October 27, 2022. This is the first request for an extension. The reason for the request is that the non-admitted counsel in St. Louis needs some additional time to draft a response to the complaint, which includes class action allegations. I have today emailed Plaintiff's counsel to request an extension and have not yet received a response.

    I have not filed a notice of appearance and therefore cannot file this letter via ECF. The sole reason for not filing a notice of appearance is that my research has failed to locate a ruling by the Second Circuit Court of Appeals confirming that filing such a notice of appearance does not waive a defense of personal jurisdiction. I understand that Catholic Supply may have such a defense.

The Basil Law Group, P.C.
October 24, 2022
Page **2** of **2**

Thank you for your consideration.

                                            Respectfully,

                                            /s Robert J. Basil
                                            ROBERT J. BASIL, ESQ.
                                            robertjbasil@rjbasil.com
                                            Attorney for Defendant Catholic Supply of St. Louis, Inc.

Cc: Mars Khaimov, Esq.
10826 64th Avenue
Ste 2nd Floor
Forest Hills, NY 11375
917-915-7415
Email: mars@khaimovlaw.com

# THE BASIL LAW GROUP

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
125 WEST 31ST STREET #19-B
NEW YORK NY 10001
917-994-9973
FAX 831-536-1075
ROBERTJBASIL@RJBASIL.COM

October 24, 2022

VIA Email Only
VyskocilNYSDChambers@nysd.uscourts.gov
The Honorable Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    **Re: Valarie *Dicks* v. Catholic Supply of St. Louis, Inc.**
        **Case No.: 1:22-cv-7610(MKV)**

Dear Judge Vyskocil:

Following my most recent letter requesting an extension of time to respond to the Complaint in the captioned action, Plaintiff's counsel has consented to a 21-day extension of the date when a response to the complaint is due. The original due date is October 27, 2022.

    Respectfully,

    /s Robert J. Basil
    ROBERT J. BASIL, ESQ.
    robertjbasil@rjbasil.com
    Attorney for Defendant Catholic Supply of St. Louis, Inc.

Cc: Mars Khaimov, Esq.
10826 64th Avenue
Ste 2nd Floor
Forest Hills, NY 11375
917-915-7415
Email: mars@khaimovlaw.com