

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/2/2022__

December 1, 2022

**VIA ELECTRONIC COURT FILING**
Hon. Mary Kay Vyskocil U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    RE:    Valerie Dicks v. Catholic Supply of St. Louis, Inc.
    Civil Action No.:    1:22-cv-07610-MKV

_____

Dear Judge Vyskocil:

    The undersigned has recently been retained by the insurance carrier for Defendant, Catholic Supply of St. Louis, Inc. ("Catholic Supply") to provide a defense for same in the instant lawsuit. It is my understanding there had been a coverage dispute which led Catholic Supply to seek the representation of Messers. Robert J. Basil, Esq. and Thomas E. Manns, Esq.

    I have spoken with Defendant, Catholic Supply and Messers. Basil and Manns and they have agreed my firm will step in as lead counsel in this matter. I have also met and conferred with Plaintiff's counsel.

    I have been made aware Your Honor has scheduled an Initial Pretrial Conference for December 13, 2022 at 11:30 a.m. in Your Honor's Courtroom. I respectfully request a thirty (30) day adjournment of the conference, or to a date and time most suitable for this Honorable Court to permit my office to speak to my client and come up to speed on the matter. Plaintiff's counsel has also consented to this request, and this would be the first such request for extension before Your Honor.

    We thank Your Honor for Her consideration.

Respectfully Submitted,

/s/ Anthony Nwaneri

Anthony C. Nwaneri

**GRANTED. The Initial Pretrial Conference scheduled for December 13, 2022 is hereby adjourned and rescheduled to January 25, 2023 at 12:00 PM. SO ORDERED.**

Date: 12/2/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

*BBC LAW, LLP*
90 Broad Street | Suite 1906 | New York, NY 10004
**Tel:** 347.638.4420 | **Web:** BBCLawFirm.com