USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VALERIE DICKS, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

CATHOLIC SUPPLY OF ST. LOUIS, INC.,

        Defendant.

---

1:22-cv-7610 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

    The Parties were directed to submit documents in anticipation of the Initial Pretrial Conference in this case by January 18, 2023. [ECF No. 19]. Nothing was filed by that date. The Parties are hereby ordered to submit the filings by 5:00 PM on January 20, 2023. Additionally, the Initial Pretrial Conference scheduled for January 25, 2023 at 12:00 PM is rescheduled to 2:30 PM that same day.

**SO ORDERED.**

**Date: January 19, 2023**
**New York, NY**

*(signature: Mary Kay Vyskocil)*

**MARY KAY VYSKOCIL**
**United States District Judge**