**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VALERIE DICKS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>CATHOLIC SUPPLY OF ST LOUIS.<br><br>Defendant. | Case No. 1:22-cv-7610<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Forest Hills, New York
         January 25, 2023

Respectfully Submitted,

**/s/ Mars Khaimov**
By:   Mars Khaimov, Esq.
      108-26 64th avenue, Second Floor
      Forest Hills, New York 11375
      Tel (929) 324-0717
      Fax (929) 333-7774
      Email: mars@khaimovlaw.com
      *Attorney for Plaintiff*